| | |
|---|---|
| DEFENDANT: | LEON ASKEW |
| AGE/YOB: | 1972 |
| COMPLAINT FILED? | _____ Yes    __x_____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    _x_ No |
| OFFENSE(S): | Count 1: 18 U.S.C. § 922(g)(1), Firearm and Ammunition Possession by a Convicted Felon<br><br>Count 2: 18 U.S.C. § 922(g)(1), Ammunition Possession by a Convicted Felon |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | Count 1: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment<br><br>Count 2: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment |
| AGENT: | TFO Derek Exley, ATF |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x_  five days or less; ___ over five days

THE GOVERNMENT

 x_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.