IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cr-00145-PAB

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

## NOTICE OF APPEARANCE

Dru Nielsen of the law firm of Haddon, Morgan and Foreman, P.C., hereby enters her appearance as CJA counsel on behalf of Defendant Leon Askew.

DATED: January 3, 2023

    Respectfully submitted,

*s/ Dru Nielsen*
Dru Nielsen, Reg. No. 28775
HADDON, MORGAN AND FOREMAN, P.C.
950 East 17th Street, Suite 1000
Denver, CO 80202
Phone:  303.831.7364
Fax:     303.832.2628
Email:  dnielsen@hmflaw.com

*Attorney for Leon Henderson Askew*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record

*s/ Holly Rogers*