# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:22-cr-00145-PAB

UNITED STATES OF AMERICA

      Plaintiff,

v.

LEON ASKEW,

      Defendant.

---

## UNOPPOSED MOTION TO RESCHEDULE TIME OF HEARING

---

Defendant, Leon Askew, through undersigned counsel, respectfully moves that the time for the Arraignment, Detention Hearing, and Discovery Hearing be rescheduled from 10:00 a.m. to 11:00 a.m. on January 5, 2023.  Counsel makes this request due to a pre-existing conflict with her schedule.  Undersigned counsel has conferred with AUSA Albert Buchman, who does not oppose the relief requested in this Motion.

      DATED: January 3, 2023

Respectfully submitted,

*s/ Dru Nielsen*

Dru Nielsen, Reg. No. 28775
HADDON, MORGAN AND FOREMAN, P.C.
950 East 17th Street, Suite 1000
Denver, CO 80202
Phone:  303.831.7364
Fax:      303.832.2628
Email:   dnielsen@hmflaw.com

*Attorney for Leon Henderson Askew*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing

*Unopposed Motion to Reschedule Time of Hearing* with the Clerk of Court using

the CM/ECF system which will send notification of such filing to all parties of record

*s/ Holly Rogers*