AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2023 JAN -3 AM 11:08

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22-CR-0145-PAB |
| LEON ASKEW | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **LEON ASKEW**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Firearm and Ammunition Possession by a Convicted Felon
18 U.S.C. § 922(g)(1) - Ammunition Possession by a Convicted Felon

Date:   05/04/2022

*s/S. Phillips, Deputy Clerk*
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 06/23/2022, and the person was arrested on *(date)* 12/28/2022
at *(city and state)* Colorado Springs, CO.

Date:   12/28/2022

*Arresting officer's signature*

A. Gallagher, Deputy United States Marshal
*Printed name and title*