IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

## ORDER OF DETENTION

---

THIS MATTER came before the court for a detention hearing on 1/10/2023, after the Government moved for detention under 18 U.S.C. § 3142. Counsel for the parties each proceeded by way of proffer on the subject of detention. At the same time, Defendant also appeared before the Court for a detention hearing on a petition to revoke his supervised release in Criminal Action No. 1:11-cr-00184-WJM, where the Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143(a)(1). This Court issued an Order of Detention in Defendant's petition matter, and therefore, finds the subject of his detention in this matter moot. Defendant is ORDERED detained in this matter

consistent with the Court's findings and Order of Detention in Criminal Action No. 1:11-cr-00184-WJM.

IT IS ORDERED that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for appearances in connection with these proceedings.

DATED: 1/10/2023

BY THE COURT:

S. Kato Crews
United States Magistrate Judge