IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-cr-145-PAB

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSTION OF TIME TO FILE MOTIONS**

---

Defendant Leon Askew, through defense counsel, Dru Nielsen, hereby moves to extend the motion filing deadline currently set January 27, 2023 for five days to February 1, 2023.  This request to extend the deadline is not opposed by the government.

The grounds for the request for extension are that Mr. Askew intends to file several motions to suppress.  Mr. Askew is currently detained in the Special Housing Unit at FDC.  Due to the limited hours and restrictive conditions of visitation, counsel needs additional time to discuss the motions with Mr. Askew, as well as additional time to research and write the necessary motions.

The requested extension is relatively short and should not affect other dates, including the jury trial. If the Court grants this motion, the defense does not object to the government having a similar five-day extension to file responses.

DATED: January 24, 2023

Respectfully submitted,

*s/ Dru Nielsen*
Dru Nielsen, Reg. No. 28775
HADDON, MORGAN AND FOREMAN, P.C.
950 East 17th Street, Suite 1000
Denver, CO 80202
Phone:  303.831.7364
Fax:       303.832.2628
Email:   dnielsen@hmflaw.com

*Attorney for Leon Henderson Askew*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I electronically filed the foregoing *Unopposed Motion for Extension of Time to File Motions* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record

*s/ Savanna Benninger*

2