**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.: 22-cr-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES**
_____

    The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Albert Buchman, Assistant United States Attorney, hereby requests an extension of time, specifically to February 17, 2023, to file its responses to the defendant Leon Askew's five motions to suppress filed on February 1, 2023, ECF 20-24. Defense counsel Dru Nielsen does not oppose this motion.

    On January 24, 2023, in granting the defendant's Unopposed Motion for Extension of Time to File Motions, ECF 18, the Court ordered all pretrial motions be filed by February 1, 2023, and responses to those motions be filed by February 8, 2023. *See* ECF 19. The defendant filed five motions to suppress on February 1, 2023, ECF 20-24, and as a result the speedy trial clock is now stopped. *See* 18 U.S.C. § 3161(h)(1)(D).

    Undersigned counsel will be in a five-day aggravated sexual abuse trial, District of Colorado Case No. 22-cr-00208-RMR, starting on February 6, 2023. Unfortunately, the

response deadline falls during that trial's timeframe, and thus undersigned counsel will be regretfully unavailable to respond to the motions to suppress by the already imposed deadline. The government anticipates that not one but five responses will be required to address the diversity of discrete issues raised. *See* ECF 20-24. Each response will require extensive research and analysis. Furthermore, the government anticipates that those responses will also necessitate the submission of exhibits (such as video of the searches, any recorded statements, the executed search warrant) supporting the factual basis of the issues and hopefully aiding more efficient and prompt resolution. *See id.* (no exhibits submitted supporting the relevant facts articulated in each). These exhibits will require additional time for preparation and submission.

Therefore, the government respectfully requests an extension of nine days, to February 17, 2023, to respond adequately to the defendant's five motions. Should the government be able to respond sooner than February 17, 2023, it will certainly do so.

Respectfully submitted this 2nd day of February, 2023.

COLE FINEGAN
United States Attorney

By: *s/ Albert Buchman*
ALBERT BUCHMAN
Assistant U.S. Attorney
United States Attorney's Office
1801 California, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
al.buchman@usdoj.gov
Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I electronically filed UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

              <u>*s/ Lauren Timm*</u>
              LAUREN TIMM
              Legal Assistant
              United States Attorney's Office