IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR-00145-PAB

UNITED STATES OF AMERICA

      Plaintiff,

v.

LEON ASKEW,

      Defendant.

**UNOPPOSED MOTION FOR LEAVE TO FILE CONSTITUTIONAL MOTION PAST THE FILING DEADLINE**

Defendant Leon Askew, though counsel, requests leave to file an additional constitutional motion past the filing deadline of February 1, 2022. As grounds:

On February 2, 2022, the United States Court of Appeals for the Fifth Circuit decided *United States v. Rahimi*, No. 21-11001. In *Rahimi*, the court found that 18 U.S.C. § 922(g)(8) is unconstitutional under the Second Amendment in light of *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen,* 142 S. Ct. 2111 (2022). While Mr. Askew is charged with 18 U.S.C. § 922(g)(1), he intends to file a motion challenging the constitutionality of the statute under this line of cases.

As *Rahimi* was announced the day after the motion filing deadline, Mr. Askew asserts that there is good cause for this request. Defense counsel has conferred with Assistant United States Attorney Albert Buchman about the request for leave to file this motion past the filing deadline. Under the circumstances, Mr. Buchman does not oppose Mr. Askew's request.

Both sides anticipate that the research and writing of this anticipated motion and response will be time intensive. On behalf of Mr. Askew, defense counsel requests that the deadline for filing this motion be February 13, 2023. Defense counsel acknowledges that the government will likely need several weeks to respond to Mr. Askew's motion, as the issue is important to the Department of Justice. Accordingly, defense counsel does not oppose a lengthier response deadline .

If the Court grants this motion for leave, the motion hearing which is currently set for February 17, 2023 will likely need to be reset, which also may necessitate the resetting of the jury trial currently set on March 6, 2023. As Mr. Askew has filed motions, the parties believe that speedy trial is currently tolled. If the motion hearing and jury trial are reset, the government has indicated to defense counsel that a necessary trial witness is unavailable March 19 to April 4, 2023.

Dated: February 3, 2023

Respectfully submitted,

s/ *Dru Nielsen*
Dru Nielsen
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone: 303.831.7364
Fax: 303.832.2628
Email: dnielsen@hmflaw.com

*Attorney for Leon Askew*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2023, I electronically filed the foregoing *Unopposed Motion for Leave to File Constitutional Motion Past the Filing Deadline* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                        s/ *Savanna Benninger*
                                        Savanna Benninger