IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS CHARGE AS UNCONSTITUTIONAL [ECF 33]**
_____

    The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Albert Buchman, Assistant United States Attorney, hereby requests a one-week extension of time to file its response to the defendant Leon Askew's Motion to Dismiss Charge as Unconstitutional. ECF 33. Defense counsel Dru Nielsen does not oppose this motion.

    There are currently five pending suppression motions [ECF 20-24], a pending continuance motion [ECF 31], and the instant constitutional motion. The government has filed responses to the pending suppression motions. ECF 34-37. On February 3, 2023, the defendant filed his Unopposed Motion for Leave to File Constitutional Motion Past the Filing Deadline. ECF 28. On February 6, 2023, the Court granted that motion in part, giving leave for the defendant to file his motion and setting the government's response deadline for February 23, 2023. ECF 30. In that order, the Court also noted that the

government could file a motion if additional time was needed for a response. *Id.* The defendant filed his constitutional motion on February 13, 2023. ECF 33.

The government has been working diligently on its response to the constitutional motion, but undersigned counsel has a planned family trip that was previously booked and paid for, for February 18, 2023, to February 22, 2023. Moreover, given the recency of the Fifth Circuit's decision in *United States v. Rahimi*, upon which the defendant's motion to dismiss relies, undersigned counsel is working with a lawyer in the Appellate Unit to ensure that this response adheres to Department of Justice guidance and relevant law.

Accordingly, the government respectfully requests a one-week extension for its response deadline, up to and including March 2, 2023, to adequately respond to the defendant's constitutional motion. Should the government be able to respond sooner than March 2nd, it will certainly do so.

Respectfully submitted this 15th day of February, 2023.

                                              COLE FINEGAN
                                              United States Attorney

                                              By: *s/ Albert Buchman*
                                              ALBERT BUCHMAN
                                              Assistant U.S. Attorney
                                              United States Attorney's Office
                                              1801 California, Suite 1600
                                              Denver, Colorado 80202
                                              (303) 454-0100
                                              al.buchman@usdoj.gov
                                              Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS CHARGE AS UNCONSTITUTIONAL [ECF 33] with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/ Lauren Timm*
LAUREN TIMM
Legal Assistant
United States Attorney's Office