## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:22-cr-00145-PAB

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

### UNOPPOSED MOTION TO RESET THE PRETRIAL HEARING AND JURY TRIAL

---

Defendant, Leon Askew, through undersigned counsel, respectfully requests that the Court reset the Pretrial Hearing and Jury Trial. As grounds:

1. On February 16, 2023, this Court granted the Defendant's Unopposed Motion for Ends of Justice Continuance and to Vacate and Reset the Motions Hearing and Trial (ECF 40). The Court set deadlines for motions, a motion hearing, a pretrial conference, and the jury trial.

2. Unfortunately, undersigned counsel has a conflict with the current Pretrial Conference date of July 14, 2023, as she is scheduled to be in a criminal trial in La Plata County, Colorado from July 11-14, 2023. The La Plata County trial date was set on February 2, 2023, before this Court set the new dates in this case.

3. Additionally, because she will be in trial the week before this trial is set, counsel will have an inadequate opportunity to sufficiently prepare for this trial.

4. Counsel has conferred with AUSA Albert Buchman about her conflict. Mr. Buchman has conferred with his witnesses. Two witnesses are unavailable the week of July 24th but available starting the week of July 31st. Thus, he does not oppose the Defendant's Motion to Reset the Pretrial Hearing and Jury Trial.

5. The parties are available and are in agreement that setting the jury trial on either July 31, 2023 or August 7, 2023 would be within speedy trial.  In ECF 40, the Court calculated that there were 37 days remaining in speedy trial.  The parties, however, believe that there are 50 days remaining in speedy trial.  Under either scenario, with the granting of the 60-day ends of justice continuance, July 31 and August 7, 2023 are both dates that fall within speedy trial.

6. For the reasons stated herein, Mr. Askew requests that the Court reset the Pretrial Hearing and the Jury Trial to July 31 or August 7, 2023.

DATED: February 24, 2023

Respectfully submitted,

*s/ Dru Nielsen*
Dru Nielsen, Reg. No. 28775
HADDON, MORGAN AND FOREMAN, P.C.
950 East 17th Street, Suite 1000
Denver, CO 80202
Phone:  303.831.7364
Fax:      303.832.2628
Email:   dnielsen@hmflaw.com

*Attorney for Leon Henderson Askew*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I electronically filed the foregoing *Unopposed Motion to the Pretrial Hearing and Jury Trial* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Savanna Benninger*