### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

### MOTION TO EXCEED PAGE LIMIT

---

The United States respectfully requests the Court allow the government to exceed the 15-page limit for its response to the defendant's Motion to Dismiss Charge as Unconstitutional. ECF 33. Specifically, the government requests leave to file a response not to exceed 20 pages. After conferral, defense counsel opposes this request.

The government's response is due on or before March 31, 2023. ECF 40. The Court's practice standards direct that responses are not to exceed 15 pages. PAB Practice Standards III(A).

The defendant's motion is multi-faceted, requiring an equally multi-faceted response. First, the defendant's lodges a facial challenge to 18 U.S.C. § 922(g)(1), relying on the Fifth Circuit's recent opinion in *United States v. Rahimi*, --- F.4th ---, 2023 WL 2317796 (5th Cir. 2023). To the government's knowledge, that case has not been fully addressed by federal courts to date. The defendant's argument necessitates a response with textual analysis of the Second Amendment, historical analysis addressing five

categories of historical predicates for § 922(g)(1), and Tenth Circuit law. Second, the government must also address the defendant's as-applied challenge to § 922(g)(1) in the context of his specific circumstances, which requires a different analysis than the facial challenge.

The 15-page limit set for responses for standard motions is more than appropriate. However, the defendant filed a motion that raises complex issues with far-reaching ramifications that must be addressed in full. The government believes it has established exceptional circumstances to justify five additional pages.

Wherefore, the government respectfully requests permission to exceed the Court's 15-page limit, for a total of 20 pages.

Dated this 14th day of March, 2023.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:   /s/ *Albert Buchman*
        ALBERT BUCHMAN
        Assistant United States Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0203
        Fax: (303) 454-0405
        E-mail: al.buchman@usdoj.gov
        Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              By: *s/ Lauren Timm*
                                                   LAUREN TIMM
                                                   Legal Assistant