**EXHIBIT 1**

**District courts upholding the constitutionality of 18 U.S.C. § 922(g)(1) post-*Bruen***

\* Courts within 10th Circuit

\*\* Courts noting *Rahimi*

1. *United States v. Cleveland-McMichael*, No. 3:21-cr-00119-SLG, 2023 WL 2613548 (D. Alaska Mar. 23, 2023)

2. *United States v. Bradley*, No. 2:22-cr-00098, 2023 WL 2621352 (S.D. W. Va. Mar. 23, 2023)

3. *United States v. Hoeft*, No. 4:21-CR-40163-KES, 2023 WL 2586030 (D. S.D. Mar. 21, 2023)

4. *United States v. Mason*, No. 4:23-cr-0036-P, 2023 WL 2589395 (N.D. Tex. Mar. 21, 2023)\*\*

5. *United States v. Rice*, No. 3:22-CR-36 JD, 2023 WL 2560836 (N.D. Ind. Mar. 17, 2023)\*\*

6. *United States v. Davis*, No. 1:21-cr-00206-ADA-BAM-1, 2023 WL 2505039 (E.D. Cal. Mar. 14, 2023)

7. *United States v. Robinson-Davis*, No. 7:22-cr-00045, 2023 WL 2495805 (W.D. Va. Mar. 14, 2023)

8. *United States v. Kilgore*, No. 1:21-CR-00277 JLT SKO, 2023 WL 2505012 (E.D. Cal. Mar. 14, 2023)

9. *Leonard v. United States*, No. 22-CV-22670-RAR, 2023 WL 2456042 (S.D. Fla. Mar. 10, 2023)

10. *United States v. Lindsey*, --- F. Supp. 3d ----, 2023 WL 2597592 (S.D. Iowa Mar. 10, 2023)

11. *United States v. Tribble*, No. 2:22-CR-085-PPS-JEM, 2023 WL 2455978 (N.D. Ind. Mar. 10, 2023)

12. *United States v. Mayfield*, No. 22-CR-00242-GKF, 2023 WL 2386322 (N.D. Okla. Mar. 6, 2023)\*

13. *United States v. Peck*, No. 8:20CR227, 2023 WL 2351697 (D. Neb. Mar. 3, 2023)\*\*

14. *United States v. Belin*, No. 21-CR-10040-RWZ, 2023 WL 2354900 (D. Mass. Mar. 2, 2023)

15. *United States v. Braster*, No. 1:20-CR-66-HAB, 2023 WL 2346282 (N.D. Ind. Mar. 2, 2023)

16. *United States v. Clark*, No. 1:20-CR-49-HAB, 2023 WL 2346284 (N.D. Ind. Mar. 2, 2023)

17. *United States v. Barnes*, No. 22-CR-43-JPO, 2023 WL 2268129 (S.D.N.Y. Feb. 28, 2023)

18. *United States v. Beard*, No. 4:22-CR-92-1, 2023 WL 2249986 (S.D. Tex. Feb. 27, 2023)

19. *United States v. Smith*, No. 22-cr-20351, 2023 WL 2215779 (E.D. Mich. Feb. 24, 2023)

20. *United States v. Barber*, No. 3:22-cr-00065-SLG-MMS, 2023 WL 2140526 (D. Alaska Feb. 21, 2023)

21. *United States v. Johnson*, No. 22-CR-20370-GAYLES/TORRES, 2023 WL 2308792 (S.D. Fla. Feb 20, 2023)

22. *United States v. Price*, --- F. Supp. 3d ----, 2023 WL 1970251 (N.D. Ill. Feb. 13, 2023)**

23. *United States v. Jackson*, --- F. Supp. 3d ----, 2023 WL 1967199 (W.D. Wash. Feb. 13, 2023)

24. *United States v. Kirby*, No. 3:22-cr-26-TJC-LLL, 2023 WL 1781685 (M.D. Fla. Feb. 6, 2023)

25. *United States v. Gleaves*, --- F. Supp. 3d ----, 2023 WL 1791866 (M.D. Tenn. Feb. 6, 2023)**

26. *United States v. Martin*, No. 2:21-cr-00068, 2023 WL 1767161 (D. Vt. Feb. 3, 2023)

27. *United States v. Isaac*, No. 5:22-cr-117-LCB-HNJ-1, 2023 WL 1415597 (N.D. Ala. Jan. 31, 2023)

28. *United States v. Taylor*, No. 3:22-cr-00022-GFVT-EBA-1, 2023 WL 1423725 (E.D. Ky. Jan. 31, 2023)

29. *United States v. Barber*, No. 4:20-CR-384-SDJ, 2023 WL 1073667 (E.D. Tex. Jan. 27, 2023)

30. *United States v. Brown*, No. 20-260-1, 2023 WL 424260 (E.D. Pa. Jan. 26, 2023)

31. *United States v. Rush*, No. 22-cr-40008-JPG, 2023 WL 403774 (S.D. Ill. Jan. 25, 2023)

32. *Shipley v. Hijar*, No. EP-23-CV-11-KC, 2023 WL 343994 (W.D. Tex. Jan. 20, 2023)

33. *Battles v. United States*, No. 4:23-cv-00063-HEA, 2023 WL 346002 (E.D. Mo. Jan. 20, 2023)

34. *United States v. Tucker*, No. 2:22-cr-00017, 2023 WL 205300 (S.D. W. Va. Jan. 17, 2023)

35. *United States v. Serrano*, --- F. Supp. 3d ----, 2023 WL 2297447 (S.D. Cal. Jan. 17, 2023).

36. *United States v. Spencer*, No. 2:22-cr-561, Dkt. No. 24 (S.D. Tex. Jan. 12, 2023)

37. *United States v. Moore*, No. 3:20-cr-00474-IM-1, 2023 WL 154588 (D. Or. Jan. 11, 2023)

38. *United States v. Jordan*, --- F. Supp. 3d ----, 2023 WL 157789 (W.D. Tex. Jan. 11, 2023)

39. *United States v. Garrett*, --- F. Supp. 3d ----, 2023 WL 157961 (N.D. Ill. Jan. 11, 2023)

40. *Campiti v. Garland*, --- F. Supp. 3d ----, 2023 WL 143173 (D. Conn. Jan. 10, 2023), *appeal docketed* No. 23-196 (2d Cir. Feb 13, 2023)

41. *United States v. Coleman*, No. 3:22-CR-8-2 (GROH), 2023 WL 122401 (N.D. W. Va. Jan. 6, 2023)

42. *United States v. Medrano*, No. 3:21-CR-39 (GROH), 2023 WL 122650 (N.D. W. Va. Jan. 6, 2023)

43. *United States v. Olson*, No. 1:22-cr-20525, Dkt. No. 33 (S.D. Fla. Jan. 5, 2023)

44. *United States v. Wondra*, No. 1:22-cr-00099-BLW, 2022 WL 17975985 (D. Idaho Dec. 27, 2022)

45. *United States v. Jones*, No. 5:22-cr-376, Dkt. No. 59 (W.D. Okla. Dec. 23, 2022)*

46. *United States v. Williams*, No. 1:21:-cr-00362-LMM-LTW-1, 2022 WL 17852517 (N.D. Ga. Dec. 22, 2022)

47. *United States v. Dawson*, No. 3:21-CR-00293-RJC-DCK, 2022 WL 17839807 (W.D.N.C. Dec. 21, 2022)

48. *United States v. Goins*, --- F. Supp. 3d ----, 2022 WL 17836677 (E.D. Ky. Dec. 21, 2022)

49. *United States v. Hunter*, --- F. Supp. 3d ----, 2022 WL 17640254 (N.D. Ala. Dec. 13, 2022)

50. *United States v. Spencer*, No. 2:22cr106, 2022 WL 17585782 (E.D. Va. Dec. 12, 2022)

51. *United States v. Grinage*, No. SA-21-CR-00399-JKP, 2022 WL 17420390 (W.D. Tex. Dec. 5, 2022)

52. *United States v. Wagoner*, No. 4:20-cr-00018, 2022 WL 17418000 (W.D. Va. Dec. 5, 2022)

53. *United States v. Gay*, No. 4:20-cr-40026-JES-JEH-1, Dkt. No. 412 (C.D. Ill. Dec. 5, 2022)

54. *United States v. Glaze*, No. 5:22-cr-425-J, Dkt. No. 23 (W.D. Okla. Dec. 1, 2022)*

55. *United States v. Jacobs*, No. 2:22-cr-00160-MEMF, Dkt. No. 28 (C.D. Cal. Nov. 28, 2022)

56. *United States v. Cage*, No. 3:21-CR-68-KHJ-FKB, 2022 WL 17254319 (S.D. Miss. Nov. 28, 2022)

57. *United States v. Willis*, No. 22-cr-00186-RMR, 2022 WL 17177470 (D. Colo. Nov. 23, 2022), *appeal docketed*, No. 23-1058 (10th Cir. Mar. 2, 2023)*

58. *United States v. Teerlink*, No. 2:22-CR-0024-TS, 2022 WL 17093425 (D. Utah Nov. 21, 2022)*

59. *United States v. Good*, No. 21-00180-01-CR-W-HFS, 2022 WL 18107183 (W.D. Mo. Nov. 18, 2022), *report and recommendation adopted*, 2023 WL 25725 (W.D. Mo. Jan. 3, 2023)

60. *United States v. Hill*, No. H-22-249, 2022 WL 17069855 (S.D. Tex. Nov. 17, 2022)

61. *United States v. Blackburn*, No. 1:22-cr-209, Dkt. No. 28 (M.D. Pa. Nov. 17, 2022)

62. *United States v. Mitchell,* No. 1:22-00111-KD-MU, 2022 WL 17492259 (S.D. Ala. Nov. 17, 2022)

*63.* *United States v. Banuelos*, No. EP-22-CR-00903-FM, 2022 WL 17752205 (W.D. Tex. Nov. 10, 2022)

64. *United States v. Baker*, No. 2:20-cr-00301-DBB, 2022 WL 16855423 (D. Utah Nov. 10, 2022)*

65. *United States v. Carpenter*, No. 1:21-cr-00086-DBB, 2022 WL 16855533 (D. Utah Nov. 10, 2022)*

66. *United States v. Gray*, No. 22-cr-00247-CNS, 2022 WL 16855696 (D. Colo. Nov. 10, 2022)*

67. *United States v. Moore*, No. 21-121, 2022 WL 17490021 (W.D. Pa. Nov. 9, 2022)

68. *United States v. Reese*, No. 19-cr-257, 2022 WL 16796771 (W.D. Pa. Nov. 8, 2022)

69. *United States v. Young*, --- F. Supp. 3d ----, 2022 WL 16829260 (W.D. Pa. Nov. 7, 2022)

70. *United States v. Ford*, No. 21-00179-01-CR-W-HFS, 2022 WL 17331288 (W.D. Mo. Nov. 4, 2022), *report and recommendation adopted*, 2022 WL 17327499 (W.D. Mo. Nov. 29, 2022)

71. *United States v. Butts*, --- F. Supp. 3d ----, 2022 WL 16553037 (D. Mont. Oct. 31, 2022)

72. *United States v. Burton*, No. 3:22-362-MGL-1, 2022 WL 16541139 (D.S.C. Oct. 28, 2022)

73. *United States v. Carleson*, No. 3:22-cr-00032-SLG, 2022 WL 17490753 (D. Alaska Oct. 28, 2022)

74. *United States v. Grant*, No. 3:22-161-MGL-1, 2022 WL 16541138 (D.S.C. Oct. 28, 2022)

75. *Walker v. United States,* No. 20-CV-31-DMS-AGS, 2022 WL 16541183 (S.D. Cal. Oct. 28, 2022)

76. *United States v. Law,* No. 20-341, 2022 WL 17490258 (W.D. Pa. Oct. 27, 2022)

77. *United States v. Jones*, No. 20-00354-01-CR-W-HFS, 2022 WL 17331287 (W.D. Mo. Oct. 19, 2022), *report and recommendation adopted*, 2022 WL 17327498 (W.D. Mo. Nov. 29, 2022)

78. *United States v. Minter*, --- F. Supp. 3d ----, 2022 WL 10662252 (M.D. Pa. Oct. 18, 2022)

79. *United States v. Melendrez-Machado*, --- F. Supp. 3d ----, 2022 WL 17684319 (W.D. Tex. Oct. 18, 2022)

80. *United States v. Raheem*, No. 3:20-cr-61-RGJ, 2022 WL 10177684 (W.D. Ky. Oct. 17, 2022)

81. *United States v. Ridgeway*, No. 22cr175-CAB, 2022 WL 10198823 (S.D. Cal. Oct. 17, 2022)

82. *United States v. Trinidad*, No. 21-398 (SCC), 2022 WL 10067519 (D.P.R. Oct. 17, 2022)

83. *United States v. Carrero*, --- F. Supp. 3d ----, 2022 WL 9348792 (D. Utah Oct. 14, 2022)*

84. *United States v. Riley*, --- F. Supp. 3d ----, 2022 WL 7610264 (E.D. Va. Oct. 13, 2022)

85. *United States v. Price*, --- F. Supp. 3d ----, 2022 WL 6968457 (S.D. W. Va. Oct. 12, 2022)

86. *United States v. King*, --- F. Supp. 3d ----, 2022 WL 5240928 (S.D.N.Y. Oct. 6, 2022)

87. *United States v. Delpriore*, --- F. Supp. 3d ----, 2022 WL 17490771 (D. Alaska Oct. 4, 2022)

88. *United States v. Daniels*, No. 1:03-cr-00083-MR, 2022 WL 5027574 (W.D.N.C. Oct. 4, 2022)

89. *United States v. Charles*, --- F. Supp. 3d ----, 2022 WL 4913900 (W.D. Tex. Oct. 3, 2022)

90. *United States v. Campbell*, No. CR-22-00138-001-HE, 2022 WL 17492255 (W.D. Okla. Sept. 27, 2022)*

91. *United States v. Siddoway*, No. 1:21-cr-00205-BLW, 2022 WL 4482739 (D. Idaho Sept. 27, 2022)

92. *United States v. Perez*, No. 3:21-cr-508-CAB-1, 2022 WL 17484969 (S.D. Cal. Sept. 26, 2022)

93. *United States v. Collette*, --- F. Supp. 3d ----, 2022 WL 4476790 (W.D. Tex. Sept. 25, 2022)

94. *United States v. Coombes*, --- F. Supp. 3d ----, 2022 WL 4367056 (N.D. Okla. Sept. 21, 2022)*

95. *United States v. Hill,* --- F. Supp. 3d ----, 2022 WL 4361917 (S.D. Cal. Sept. 20, 2022)

96. *United States v. Cockerham*, No. 5:21-cr-6-DCB-FKB, 2022 WL 4229314 (S.D. Miss. Sept. 13, 2022)

97. *United States v. Jackson*, No. 21-51 (DWF/TNL), 2022 WL 4226229 (D. Minn. Sept. 13, 2022)

98. *United States v. Doty*, No. 5:21-CR-21, 2022 WL 17492260 (N.D. W. Va. Sept. 9, 2022)

99. *United States v. Harper*, No. 21-CR-4085-LTS-KEM, 2022 WL 8288406 (N.D. Iowa Sept. 9, 2022), *report and recommendation adopted*, --- F. Supp. 3d ----, 2022 WL 4595060 (N.D. Iowa Sept. 30, 2022)

100. *United States v. Burrell*, No. 21-20395, 2022 WL 4096865 (E.D. Mich. Sept. 7, 2022)

101. *United States v. Randle*, No. 3:22-cr-20, Dkt. Nos. 29, 34 (S.D. Miss. Sept. 6, 2022)

102. *United States v. Ingram*, --- F. Supp. 3d ----, 2022 WL 3691350 (D.S.C. Aug. 25, 2022)

103. *United States v. Nevens*, No. CR 19-774-DMG, 2022 WL 17492196 (C.D. Cal. Aug. 15, 2022)

104. *United States v. Farris*, No. 22-cr-149, Dkt. No. 29 (D. Colo. Aug. 12, 2022)*

105. *United States v. Ramos*, No. 2:21-cr-00395-RGK-1, 2022 WL 17491967 (C.D. Cal. Aug. 5, 2022)

106. *United States v. Doss*, No. 4:21-cr-74, Dkt. No. 126 (S.D. Iowa Aug. 2, 2022)