# EXHIBIT 2

**England Firearm Disqualification Laws.**

| Year | Jurisdiction | Source | Available at |
|---|---|---|---|
| 1689[1] | England | 1 W. & M., Sess. 1, c. 15, in 6 *The Statutes of the Realm* 71-72 (Eng. 1688) | https://heinonline.org/HOL/P?h=hein.engrep/realm0006&i=95 |
| 1689[2] | England | 1 W. & M., Sess. 2, c. 2, in 6 *The Statutes of the Realm* 143 (Eng. 1688) | https://heinonline.org/HOL/P?h=hein.engrep/realm0006&i=169 |

**Colonial America Firearm Disqualification Laws.**

| Year | Jurisdiction | Source | Available at |
|---|---|---|---|
| 1639 | New Netherland | *Laws and Ordinances of New Netherland, 1638-1674*, at 18-19 (1868) | https://link.gale.com/apps/doc/DT0102502152/GDCS?u=wash50473&sid=bookmark-GDCS&xid=b64b52ae&pg=50 |
| 1642-1643 | Virginia | 1 *The Statutes at Large; Being A Collection of All the Laws of Virginia* 255-56 (1823) | https://link.gale.com/apps/doc/DT0104280545/MMLP?u=wash50473&sid=bookmark-MMLP&xid=79e81a61&pg=279 |
| 1675 | Plymouth | 5 *Records of the Colony of New Plymouth* 173 (1856) | https://heinonline.org/HOL/P?h=hein.amindian/recnply0003&i=183 |

---

[1]   *See* 14 *Journals of the House of Lords 1685-1691*, at 208-09 (1767-1830) (reflecting enactment on May 11, 1689), *available at* https://www.british-history.ac.uk/lords-jrnl/vol14/pp208-209 (last visited Mar. 27, 2023).

[2]   *See* Legislation.gov.uk, *Bill of Rights [1688]*, https://www.legislation.gov.uk/aep/WillandMarSess2/1/2 (last visited Mar. 27, 2023) (reflecting enactment on December 16, 1689).

| | | | |
|---|---|---|---|
| 1677 | Rhode Island | 2 *Records of the Colony of Rhode Island and Providence Plantations in New England* 561 (1857) | https://link.gale.com/apps/doc/DT0103439491/GDCS?u=wash50473&sid=bookmark-GDCS&xid=fde7442e&pg=563 |
| 1680 | Virginia | 2 *The Statutes at Large; Being A Collection of All the Laws of Virginia* 481-82 (1823) | https://link.gale.com/apps/doc/DT0104281169/MMLP?u=wash50473&sid=bookmark-MMLP&xid=bfee8024&pg=479 |
| 1694 | New Jersey | *The Grants, Concessions, and Original Constitutions of the Province of New Jersey* 340-41 (1753) | https://heinonline.org/HOL/P?h=hein.sstatutes/grcopna0001&i=344 |
| 1705-1706 | Pennsylvania | 2 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 235-36 (1896) | https://heinonline.org/HOL/P?h=hein.sstatutes/statspa0002&i=239 |
| 1723 | Connecticut | 6 *The Public Records Of The Colony Of Connecticut* 381-82 (1872) | https://link.gale.com/apps/doc/DT0103715440/GDCS?u=wash50473&sid=bookmark-GDCS&xid=90765624&pg=385 |
| 1730 | New York | *Laws of New York From The Year 1691 to 1751, Inclu[s]ive* 199 (1752) | https://heinonline.org/HOL/P?h=hein.nysstatutes/lofney0001&i=211 |

| Year | Jurisdiction | Source | Available at |
|------|--------------|--------|--------------|
| 1753 | North Carolina | *A Complete Revisal of All the Acts of Assembly, of the Province of North- Carolina, Now in Force and Use* 152-53 (1773) | https://heinonline.org/HOL/P?h=hein.sstatutes/comprevnc0001&i=166 |
| 1756 | Virginia | 7 *The Statutes at Large; Being A Collection of All the Laws of Virginia* 35-38 (1820) | https://heinonline.org/HOL/P?h=hein.ssl/slrgvir0007&i=35 |
| 1763 | Pennsylvania | 6 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 319-20 (1899) | https://heinonline.org/HOL/P?h=hein.sstatutes/statspa0006&i=319 |

**Revolutionary War Firearm Disqualification Laws.**

| Year | Jurisdiction | Source | Available at |
|------|--------------|--------|--------------|
| 1775 | Connecticut | The *Public Records of the Colony of Connecticut* 193 (1890) | https://heinonline.org/HOL/P?h=hein.beal/purecoco0015&i=197 |
| 1776 | Continental Congress | 4 *Journals of the Continental Congress 1774-1789*, at 205 (1906) | https://heinonline.org/HOL/P?h=hein.congrec/jcc0004&i=205 |
| 1776 | Massachusetts | 5 *The Acts and Resolves, Public and Private, of the Province of the Massachusetts Bay* 479-84 (1886) | https://heinonline.org/HOL/P?h=hein.sstatutes/actresp0005&i=479 |
| 1776 | Rhode Island | 7 *Records of the Colony of Rhode Island and Providence Plantations in New England* 567 (1862) | https://link.gale.com/apps/doc/DT0103713235/MMLP?u=wash50473&sid=bookmark-MMLP&xid=26014800&pg=571 |
| 1777 | North Carolina | 1 *The Public Acts of the General Assembly of North-Carolina* 231 (1804) | https://heinonline.org/HOL/P?h=hein.sstatutes/pbactnc0001&i=235 |

3

| 1777 | New Jersey | *Acts of the General Assembly of the State of New-Jersey* 90 (1777) | https://heinonline.org/HOL/P?h=hein.ssl/ssnj0219&i=10 |
| --- | --- | --- | --- |
| 1777 | Pennsylvania | 9 *The Statutes at Large of Pennsylvania from 1682 to 1801*, at 112-13 (1903) | https://heinonline.org/HOL/P?h=hein.sstatutes/statspa0009&i=112 |
| 1777 | Virginia | 9 *The Statutes at Large; Being A Collection of All the Laws of Virginia* 282 (1821) | https://heinonline.org/HOL/P?h=hein.ssl/slrgvir0009&i=282 |

***State Constitutional Provisions Cited.***

| 1776 | Pennsylvania | Pa. Declaration of Rights of 1776 § XIII, *in The Complete Bill of Rights: The Drafts, Debates, Sources, & Origins* 278 (Neil H. Cogan ed., 2d ed., 2014) | https://search.ebscohost.com/login.aspx?direct=true&db=nlebk&AN=1000454&site=ehost-live&ebv=EB&ppid=pp_278 |
| --- | --- | --- | --- |
| 1776 | North Carolina | N.C. Declaration of Rights of 1776 § XVII, *in The Complete Bill of Rights*, *supra*, at 277-78 | https://search.ebscohost.com/login.aspx?direct=true&db=nlebk&AN=1000454&site=ehost-live&ebv=EB&ppid=pp_277 |
| 1780 | Massachusetts | Mass. Const. of 1780, pt. I, art. XVII, *in The Complete Bill of Rights*, *supra*, at 277 | https://search.ebscohost.com/login.aspx?direct=true&db=nlebk&AN=1000454&site=ehost-live&ebv=EB&ppid=pp_277 |

**Ratification Debates Sources.**

| Year | Jurisdiction | Source | Available at |
| --- | --- | --- | --- |
| 1787 | Pennsylvania | 2 Bernard Schwartz, *The Bill of Rights: A Documentary History* 665 (1971) | https://heinonline.org/HOL/P?h=hein.beal/blorhs0002&i=51 |
| 1788 | Massachusetts | Schwartz, *supra*, at 681 | https://heinonline.org/HOL/P?h=hein.beal/blorhs0002&i=67 |

| Year | Jurisdiction | Source | Available at |
|---|---|---|---|
| 1788 | New Hampshire | Schwartz, *supra*, at 761 | https://heinonline.org/HOL/P?h=hein.beal/blorhs0002&i=147 |

**Felony Punishment Laws.**

| Year | Jurisdiction | Source | Available at |
|---|---|---|---|
| N/A | England | 4 William Blackstone, *Commentaries on the Laws of England* 95 (1769) | https://heinonline.org/HOL/P?h=hein.beal/blakston0004&i=103 |
| 1776-1778 | Maryland | *A Digest of the Laws of Maryland* 255-56 (1799) | https://heinonline.org/HOL/P?h=hein.sstatutes/dlmarba0001&i=259 |
| 1777 | Virginia | 9 *The Statutes at Large; Being a Collection of All the Laws of Virginia, from the First Session of the Legislature* 302 (1821) | https://heinonline.org/HOL/P?h=hein.ssl/slrgvir0009&i=302 |
| 1786 | New York | 2 *Laws of the State of New York Passed at the Sessions of the Legislature (1785-1788)*, at 260-61 (1886) | https://heinonline.org/HOL/P?h=hein.newyork/lwnysleg0002&i=264 |
| 1788 | New York | 2 *Laws of the State of New York Passed at the Sessions of the Legislature (1785-1788)*, at 664-66 (1886) | https://heinonline.org/HOL/P?h=hein.newyork/lwnysleg0002&i=668 |
| 1790 | Federal | An Act for the Punishment of Certain Crimes Against the United States, ch. 9, 1 Stat. 112-15 (1790) | https://heinonline.org/HOL/P?h=hein.statute/sal001&i=234 |