IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

**MOTION TO RESTRICT DOCUMENT**

---

The United States of America respectfully moves to restrict CM/ECF Document 46 and any order revealing the contents of that document.

CM/ECF Document 46 pertains to potential *Giglio* information for a particular government employee who will likely be called a witness in this case. The motion and proposed Protective Order include the officer's name. Restricting the above-named filing is necessary to protect the reputation and career of the individual named in the motion and proposed Protective Order. The existence of adverse material in a personnel file is a sensitive matter which can have far-reaching implications for a government employee. Unnecessary disclosure of the existence of such material to the public can tarnish an employee's reputation and harm his or her career.

The United States requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1, "Level 2" restriction would make the motion and any order revealing the contents of that motion accessible to the government, the defendant, and the Court.

Respectfully submitted this 29th day of March, 2023.

                                         COLE FINEGAN
                                         United States Attorney

By:  s/ *Albert Buchman*
       ALBERT BUCHMAN
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       (303) 454-0100
       Fax: (303) 454-0409
       Email: al.buchman@usdoj.gov
       Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By: *s/ Lauren Timm*
LAUREN TIMM
Legal Assistant
United States Attorney's Office