IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-CR-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO THE GOVERNMENT'S RESPONSE [ECF 45]**

---

Defendant Leon Askew, through undersigned counsel, respectfully moves this Court for a five-day extension of time to file a reply brief. As grounds:

1. On February 13, 2023, Mr. Askew raised Second Amendment challenge to 18 U.S.C. § 922(g)(1) and moved to dismiss the charges against him [ECF 33].

2. On February 15, 2023, the government requested an unopposed, one-week extension of time to file its response based on a pre-planned vacation [ECF 39]. The Court granted this request [ECF 40].

3. On March 14, 2023, the Court also granted the government's request for five additional pages to respond [ECF 43, 44].

4. The government filed its response on March 29, 2023, [ECF 45] and included an additional *thirteen* pages of exhibit items of case law and historical materials purporting to support its motion [ECF 45-1, 45-2].

5. Given the length of the government's motion and exhibits, and in light of the dispositive and novel nature of Mr. Askew's constitutional challenge, counsel is respectfully requesting an additional five days to file the reply brief.

6. Undersigned counsel has conferred with Assistant United States Attorney Albert Buchman who does not object to a five-day extension of time.

7. If the Court grants the extension of time, the new deadline would be April 19, 2023.

Accordingly, counsel for Mr. Askew respectfully requests a five-day extension to file the reply brief, up to and including April 19, 2023, to adequately respond to the government's motion.

Dated: 4/4/2023

Respectfully submitted,

s/ *Dru Nielsen*
Dru Nielsen, No. 28775
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: dnielsen@hmflaw.com

Attorney for Leon Askew

## CERTIFICATE OF SERVICE

I hereby certify that on 4/4/2023, I electronically filed the foregoing *Motion for Extension of Time to File Reply Brief to Government's Response [ECF 45]* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

s/ *Savanna Benninger*
Legal Assistant
