**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 22-CR-00145-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEON ASKEW,

    Defendant.

---

**UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

---

Defendant Leon Askew, through undersigned counsel, respectfully moves this Court to exceed the ten-page limit for his Reply Brief to the Government's Response to his Motion to Dismiss. [ECF 33, 45]. Specifically, Mr. Askew requests three additional pages. The Government does not oppose this request. As grounds:

1. Mr. Askew's Reply Brief is presently due on April 19, 2023. [ECF 40]. The Court's practice standards direct that reply briefs are not to exceed 10 pages. PAB Practice Standards III(A).

2. The Government's response was 20 pages, with an additional 13 pages of exhibits. [ECF 45, 45-1, 45-2]. Because this motion involves issues of first impression in the Tenth Circuit, Mr. Askew requests additional pages to respond to the Government's myriad arguments, historical authorities, and responses to his as-applied challenge.

3. Indeed, in granting the Government's request for excess pages, the Court implicitly agreed, as the Government claimed, this motion "raises complex issues with far-reaching ramifications that must be addressed in full." [ECF 43].

Accordingly, given the length of the Government's response motion and extensive "exhibits," and in light of the dispositive and novel nature of Mr. Askew's constitutional challenges, counsel is respectfully requesting an additional three pages for his reply brief.

Dated: 4/14/2023

Respectfully submitted,

s/ *Dru Nielsen*
Dru Nielsen, No. 28775
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: dnielsen@hmflaw.com

Attorney for Leon Askew

## CERTIFICATE OF SERVICE

I hereby certify that on 4/14/2023, I electronically filed the foregoing *Motion for Extension of Time to File Reply Brief to Government's Response [ECF 45]* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                            s/ *Savanna Benninger*
                                            Legal Assistant